UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Karen Jones
                              Plaintiff,

v.                                            Case No.: 1:20−cv−07128
                                                      Honorable Beth W. Jantz

Medical Advantage Group
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 27, 2023:

      MINUTE entry before the Honorable Beth W. Jantz: The parties jointly filed a Motion for Approval of Collective Action Settlement [83] and Motion for Leave to File Under Seal [82]. Motions [82] and [83] are GRANTED. The exhibit to the settlement agreement [84] shall remain under seal. Civil case terminated without prejudice; the dismissal will automatically convert to a dismissal with prejudice on October 23, 2023, if no party requests relief from the Court prior to that date. Enter Order. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.