IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KAREN JONES, : | |
| individually and on behalf of : | |
| all similarly situated, : | |
| : | Civil Action No.: 1:20-cv-07128 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| MEDICAL ADVANTAGE GROUP, : | |
| : | |
| Defendant. : | |

### ORDER APPROVING COLLECTIVE ACTION SETTLEMENT

UPON CONSIDERATION of the Parties' Joint Motion for Approval of Collective Action Settlement ("Motion") and all exhibit attached thereto, the Motion is GRANTED as follows:

1. The Parties' Joint Stipulation and Agreement to Settle Collective Action Claims, including the payments to Collective Members, the release of claims, the Service Awards, and payment of attorneys' fees and reasonable costs, is approved as a fair and reasonable resolution of a bonafide dispute under the Fair Labor Standards Act.

2. The settlement was the result of pre-trial investigation and substantial arms' lengths negotiations over disputed issues between counsel well-versed in wage and hour law, with the assistance of the Court through a settlement conference. The Court finds that the Agreement will provide significant compensation to the plaintiff and participating settlement class members while allowing them to avoid the risks inherent in further litigation of their claims in this lawsuit.

3. The Service Award and Attorneys' Fees and Costs set forth in the Agreement are approved, as reasonable and appropriate. The Court finds that the agreed upon payment to plaintiff's counsel included in the Agreement is reasonable and that the vigorous manner in which plaintiff's counsel have represented their client further supports their fee claim.

4. The Court certifies the following Collective, pursuant to 29 U.S.C. § 216(b), for the sole purpose of settlement:

    All individuals who worked for Defendant as a Trainer or any other similarly-titled position either directly or through Provisions Group, LLC, on the Greenway Health Intergy Project ("Project"), as otherwise alleged in the Complaint, at any time during the duration of the Project ("Collective Members").

5. The Court approves the designation of Analytics Consulting, LLC as the Settlement Administrator.

6. The Notice of Settlement ("Notice") attached to the Agreement as Exhibit A is approved. The Notice sufficiently informs eligible collective members of the terms of the settlement, including how they may participate, the amount to which they are entitled under the allocation formula, the scope of the release, and the attorneys' fees award. The Court further approves the methods of distribution as the best notice practicable under the circumstances.

7. As a fair, reasonable, and sufficient method to demonstrate consent to join the lawsuit, as required by 29 U.S.C. § 216(b), the Parties may file the completed Check Opt-in Forms on behalf of each of the Participating Collective Members in a single submission on the Court's docket.

8. The Court directs that the Gross Settlement Amount be distributed in accordance with the terms of the Parties' Settlement Agreement.

9. This case is dismissed without prejudice. This Court will retain jurisdiction over this case for purposes of supervising the implementation, enforcement, construction, administration and interpretation of the Agreement, including the distribution of settlement funds, until October 23, 2023. On that date, if no party has sought relief from this Court, the dismissal of this case will automatically convert to a dismissal with prejudice.

**IT IS SO ORDERED** this 27 day of March 2023.

_____
**The Honorable Magistrate Judge Beth Jantz**