## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Karen Jones
          Plaintiff,

v.                 Case No.: 1:20−cv−07128
                Honorable Beth W. Jantz

Medical Advantage Group
          Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 24, 2023:

  MINUTE entry before the Honorable Beth W. Jantz: On March 27, 2023, the Court dismissed this matter without prejudice pursuant to the parties' collective action settlement [88]. Since then, no party has requested relief from this Court, and the dismissal is hereby converted to a dismissal with prejudice. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.